## 22739. BENTLEY *v.* DAVIS & SON.

BROYLES, C. J. This was a suit on an open account, brought in the municipal court of Atlanta, and the plaintiff obtained a judgment. On an appeal to the appellate division of the court the judgment was affirmed; and, on certiorari to the superior court, the certiorari was overruled. After a careful study of the brief of evidence (consisting of a page and a half only), and the assignments of error in the petition for certiorari, it is our opinion that the overruling of the certiorari was not error for any reason assigned.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MARCH 24, 1933.

*W. B. Knight, R. B. Pullen,* for plaintiff in error.
*Burress & Dillard,* contra.